Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE LEE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-1914<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

The parties, CATHERINE LEE ("Plaintiff"), who is represented by GLEN J. LERNER & ASSOCIATES, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, who is represented by HUTCHISON & STEFFEN, LLC, hereby stipulate and agree to the following:

1. Plaintiff's claims shall be dismissed with prejudice.

2. All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

3. Each party shall bear their own fees and costs.

///

///

///

4. No trial date has been set.

DATED this 3 day of February, 2014.          DATED this 31 day of January, 2014.

HUTCHISON & STEFFEN, LLC                      GLEN J. LERNER & ASSOCIATES

_____                  _____
Scott A. Flinders (6975)                      Craig A. Henderson, Esq.
Peccole Professional Park                     4795 S. Durango Dr.
10080 West Alta Drive, Suite 200              Las Vegas, NV 89147
Las Vegas, Nevada 89145
                                              *Attorneys for Plaintiff*
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED February 5, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*